**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 1:12-cv-597**

**LARRY NORMAND**,

    Plaintiff,

v.

**ZIMMER, INC.,
ZIMMER HOLDINGS, INC.,
ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.**

    Defendants.

---

**ORDER**

---

The parties' Joint Motion to Stay Pending Transfer to Multidistrict Proceedings (doc. 7) is GRANTED. All proceedings in this Court are STAYED, pending determination of the transfer of this case to MDL-2272.

Dated: April 11, 2012          BY THE COURT:

                                                  **/s/ John L. Kane**
                                                  Senior U.S. District Court Judge